Circuit Court for Prince George's County
Case No. CAL18-26458
Argued: September 6, 2018

IN THE COURT OF APPEALS
OF MARYLAND

No. 34

September Term, 2018

---

APRIL ADEMILUYI, et al.

v.

CHIZOBA EGBUONU, et al.

---

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

---

Per Curiam Order

---

Filed: September 6, 2018

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Bessie Decker, Clerk
April 20, 2018

| APRIL ADEMILUYI, et al. | * | IN THE |
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| | * | No. 34 |
| CHIZOBA EGBUONU, et al. | * | September Term, 2018 |

## PER CURIAM ORDER

For reasons to be stated later in an opinion to be filed, it is this 6th day of September, 2018,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the preliminary injunction order entered by the Circuit Court for Prince George's County be, and it is hereby, affirmed.   Costs to be paid by the appellants.   Mandate to issue forthwith.


/s/ Mary Ellen Barbera
Chief Judge